UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: LAVERNE A. TWEEDY          CHAPTER 13
                                            CASE NO. 14-62478
         Debtor(s)

**ATTORNEY FEE APPLICATION**

         Comes now the Debtor's Attorney and makes application for additional Attorney's fees on the basis of the following information:

         The Debtor(s) filed a bankruptcy petition before this Court on *December 30, 2014* at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor(s) for a set fee.

         That the Chapter 13 plan has been confirmed by order of this Court.

         That the Debtor(s) have requested that their Attorney file an Answer to Motion for Relief From Stay with this Court, which had to be noticed to creditors and prepared for hearing.

         That the Debtor(s) agree, that their Attorney is due additional fees in the amount of $250.00 for the preparation of the Answer to Motion for Relief From Stay, Notice of Hearing and additional Attorney's Fee Application.

         Wherefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the additional Attorney's fees, and that said fees shall be paid by the Chapter 13 Trustee.

Dated: 06/23/2015                  LAVERNE A. TWEEDY

                                         /s/ Stephen E. Dunn
                                         Of Counsel

Stephen E. Dunn, Esq.
201 Enterprise Drive
Suite A
Forest, VA  24551
Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: LAVERNE A. TWEEDY          CHAPTER 13
                                                              CASE NO. 14-62478

Debtor(s)

**NOTICE OF HEARING ON**
**ATTORNEY FEE APPLICATION**

     Please take notice that Counsel for the above-named Debtor filed an Attorney Fee Application, a true copy of which is attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for approval on *July 23, 2015* at *9:30* a.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia, 24504.

     Objections to the Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor no later than five days prior to the hearing date in order to be heard on *July 23, 2015*.

     I do hereby certify that a copy of this Notice and Motion has been forwarded to the Chapter 13 Trustee, the Debtor(s) and affected creditors in this case on the after mentioned date.

Dated: 06/23/2015                              LAVERNE A. TWEEDY


                                                       /s/ Stephen E. Dunn
                                                       Of Counsel

Stephen E. Dunn, Esq.
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551
Counsel for Debtor(s)